B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Southern District of Indiana** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Patriot Steel Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Patriot Steel Trucking LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**05-0552932** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3350 Claremont Avenue**<br>**Evansville, IN**<br><div align="right">ZIP Code</div>**47712** | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Vanderburgh** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **3350 Claremont Avenue**<br>**Evansville, IN 47712** |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. | |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-49 | ■<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Patriot Steel Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>  Signature of Attorney for Debtor(s)              (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>  ☐  Yes, and Exhibit C is attached and made a part of this petition.<br><br>  ■  No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>  ☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>  ☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br><br>    _____<br>    (Name of landlord that obtained judgment)<br><br><br><br>    _____<br>    (Address of landlord)<br><br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Patriot Steel Inc.** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney\***

X **/s/ Maurice Doll IN**
Signature of Attorney for Debtor(s)

**Maurice Doll IN #4554-42**
Printed Name of Attorney for Debtor(s)

**Morrie Doll & Associates LLC**
Firm Name

**P.O. Box 703**
**Newburgh, IN 47629-0703**

_____
Address

**Email: morriedoll@hotmail.com**
**812.858.5200  Fax: 812.858.5204**
Telephone Number

**August 17, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jack D. Cook**
Signature of Authorized Individual

**Jack D. Cook**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 17, 2010**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Patriot Steel Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Allied Crawford (Nashville) Inc.<br>3719 Amy Lynn Drive<br>Nashville, TN 37218 | Allied Crawford (Nashville) Inc.<br>3719 Amy Lynn Drive<br>Nashville, TN 37218 | Trade Creditor | | 100,282.05 |
| American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | Credit card charges | | 201,972.56 |
| Ameristeel<br>4281 Solutions Center<br>Chicago, IL 60677-4002 | Ameristeel<br>4281 Solutions Center<br>Chicago, IL 60677-4002 | Trade Creditor | | 886,346.56 |
| Atlas Tube<br>PO Box 673318<br>Detroit, MI 48267-3318 | Atlas Tube<br>PO Box 673318<br>Detroit, MI 48267-3318 | Trade Creditor | | 167,985.25 |
| Center Steel Sales, Inc.<br>c/o Euler Hermes<br>600 S. 7th Street<br>Louisville, KY 40201-1672 | Center Steel Sales, Inc.<br>c/o Euler Hermes<br>600 S. 7th Street<br>Louisville, KY 40201-1672 | Trade Creditor | | 99,379.29 |
| Chrystal Jones<br>4801 Royal Oak Dr.<br>Evansville, IN 47720 | Chrystal Jones<br>4801 Royal Oak Dr.<br>Evansville, IN 47720 | Loan made to Debtor from Proceeds from loan received from Integra Bank N.A. | | 341,015.16 |
| CMC Steel<br>Dept 1054 PO Box 121054<br>Dallas, TX 75312-1054 | CMC Steel<br>Dept 1054 PO Box 121054<br>Dallas, TX 75312-1054 | Trade Creditor | | 168,379.62 |
| Integra Bank N.A.<br>attn: Kevin Canterbury<br>P.O. Box 868<br>Evansville, IN 47705-0868 | Integra Bank N.A.<br>attn: Kevin Canterbury<br>P.O. Box 868<br>Evansville, IN 47705-0868 | Shop equipment, excluding overhead cranes | | 653,711.00<br><br>(250,000.00 secured) |
| Investment Concepts, LLC<br>4801 Royal Oak Dr.<br>Evansville, IN 47720 | Investment Concepts, LLC<br>4801 Royal Oak Dr.<br>Evansville, IN 47720 | Past due rent on commercial real property | | 469,317.41 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Patriot Steel Inc.**                                                                    Case No. _____

                                                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Jack D. Cook**<br>**4801 Royal Oak Dr.**<br>**Evansville, IN 47720** | **Jack D. Cook**<br>**4801 Royal Oak Dr.**<br>**Evansville, IN 47720** | **Loan made to Debtor by Jack D. Cook from proceeds of loan received by Integra Bank N.A.** | | **351,607.50** |
| **Jack D. Cook**<br>**4801 Royal Oak Dr.**<br>**Evansville, IN 47720** | **Jack D. Cook**<br>**4801 Royal Oak Dr.**<br>**Evansville, IN 47720** | **Earner but unpaid wages** | | **96,153.75** |
| **Nucor-Yamato Steel Co.**<br>**PO Box 101418**<br>**Atlanta, GA 30392** | **Nucor-Yamato Steel Co.**<br>**PO Box 101418**<br>**Atlanta, GA 30392** | **Trade Creditor** | | **244,863.72** |
| **Patriot Classic Cars**<br>**3340 Claremont Ave.**<br>**Evansville, IN 47712** | **Patriot Classic Cars**<br>**3340 Claremont Ave.**<br>**Evansville, IN 47712** | **Loan** | | **93,000.00** |
| **Patriot Steel Trucking LLC**<br>**3350 Claremont Ave.**<br>**Evansville, IN 47712** | **Patriot Steel Trucking LLC**<br>**3350 Claremont Ave.**<br>**Evansville, IN 47712** | **Transportation charges** | | **175,529.75** |
| **Primary Steel/Namasco**<br>**c/o Bank of America**<br>**99809 Collection Center Drive**<br>**Chicago, IL 60693** | **Primary Steel/Namasco**<br>**c/o Bank of America**<br>**99809 Collection Center Drive**<br>**Chicago, IL 60693** | **Trade Creditor** | | **79,582.77** |
| **Schultheis Insurance Agency**<br>**PO Box 2728**<br>**Evansville, IN 47728** | **Schultheis Insurance Agency**<br>**PO Box 2728**<br>**Evansville, IN 47728** | **Insurance premiums** | | **70,780.00** |
| **Southland Tube, Inc.**<br>**PO Box 1205**<br>**Birmingham, AL 35201-1205** | **Southland Tube, Inc.**<br>**PO Box 1205**<br>**Birmingham, AL 35201-1205** | **Trade Creditor** | | **80,821.69** |
| **Steel Dynamics #000316**<br>**36260 Treasury Center**<br>**Chicago, IL 60694** | **Steel Dynamics #000316**<br>**36260 Treasury Center**<br>**Chicago, IL 60694** | **Trade Creditor** | | **73,826.62** |
| **Superior Supply & Steel**<br>**PO Box 972291**<br>**Dallas, TX 75397-2291** | **Superior Supply & Steel**<br>**PO Box 972291**<br>**Dallas, TX 75397-2291** | **Trade Creditor** | | **95,588.53** |
| **West Memphis Steel**<br>**PO Box 697**<br>**West Memphis, AR 72301** | **West Memphis Steel**<br>**PO Box 697**<br>**West Memphis, AR 72301** | **Trade Creditor** | | **74,347.94** |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Patriot Steel Inc.**                                                  Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **August 17, 2010**                        Signature    **/s/ Jack D. Cook**
                                                                 **Jack D. Cook**
                                                                 **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Southern District of Indiana

In re    **Patriot Steel Inc.**                                      ,

Debtor

Case No. _____

Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 1,030,000.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,425,993.72 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 136,656.25 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | 4,280,023.30 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| | Total Assets | | 1,030,000.00 | | |
| | | Total Liabilities | | 5,842,673.27 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of Indiana

In re    **Patriot Steel Inc.**                          ,    Case No. _____

                                            Debtor

Chapter _____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Patriot Steel Inc.**
_____,    Case No. _____
                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |
| | (Report also on Summary of Schedules) | |

__0__  continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Patriot Steel Inc.**                                                                                    ,            Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **U.S. Dollars in petty cash** | - | 0.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account @ U.S. Bank** | - | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                0.00
(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Patriot Steel Inc.**                                                    ,        Case No. _____

                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% of the member units of Patriot Steet Trucking LLC.** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Customer A/R owed to Debtor for Steel processing and sales valued at estimated FMV, discounted for uncollectables and collection expenses.** | - | 240,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >          240,000.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Patriot Steel Inc.**                                                                   ,    Case No. _____
                                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Used office equipment and furniture | - | 5,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Shop equipment, excluding overhead cranes | - | 250,000.00 |
| 30. Inventory. | | Steel inventory held for processing and resale to customers Location: 3350 Claremont Avenue, Evansville IN 47712 | - | 535,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

|  | Sub-Total > | 790,000.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Patriot Steel Inc.**                                              ,        Case No. _____
                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | **X** | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **1,030,000.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re **Patriot Steel Inc.** _____,  Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **Patriot Steel Inc.** <br><br> **Integra Bank N.A.** <br> **attn: Kevin Canterbury** <br> **P.O. Box 868** <br> **Evansville, IN 47705-0868** | | | - | | July 1, 2008 <br><br> **Security Agreement with UCC-1** <br><br> **Shop equipment, excluding overhead cranes** | | | | | |
| | | | | | Value $       **250,000.00** | | | | 653,711.00 | 403,711.00 |
| Account No. **Patriot Steel** <br><br> **U.S. Bank National Association** <br> **Location CN-WN-14SC** <br> **425 Walnut Street** <br> **Cincinnati, OH 45202** | | | - | | July 1, 2008 <br> **Security Agreement against Receivables and Inventory** <br> **Customer A/R owed to Debtor for Steel processing and sales valued at estimated FMV, discounted for uncollectables and collection expenses.** | | | | | |
| | | | | | Value $       **240,000.00** | | | | 772,282.72 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

| **0** continuation sheets attached | Subtotal <br> (Total of this page) | 1,425,993.72 | 403,711.00 |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | 1,425,993.72 | 403,711.00 |

B6E (Official Form 6E) (4/10)

.

In re   **Patriot Steel Inc.**                                                                            ,   Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**2**    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Patriot Steel Inc.** _____ ,  Case No. _____

_____Debtor_____

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 11/08/09 forward | | | | | | |
| Chrystal Jones 4801 Royal Oak Drive Evansville, IN 47720 | - | | Earned but unpaid wages | | | | | | 8,954.00 |
| | | | | | | | 20,679.00 | | 11,725.00 |
| Account No. | | | 11/08/09 forward | | | | | | |
| Jack D. Cook 4801 Royal Oak Dr. Evansville, IN 47720 | - | | Earner but unpaid wages | | | | | | 84,428.75 |
| | | | | | | | 96,153.75 | | 11,725.00 |
| Account No. **Patriot Steel Inc.** | | | 4/27/10 | | | | | | |
| Ray Weil 409 Gunpowder Ln Evansville, IN 47711 | - | | Wages | | | | | | 0.00 |
| | | | | | | | 982.90 | | 982.90 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 93,382.75 |
|---|---|---|
| | 117,815.65 | 24,432.90 |

B6E (Official Form 6E) (4/10) - Cont.

In re  **Patriot Steel Inc.**                                                          Case No. _____
                                                                ,
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Patriot Steel Inc.** <br><br>**Indiana Dept of Revenue** <br>**PO Box 7220** <br>**Indianapolis, IN 46207-7220** | - | | **Unknown** <br><br>**tax audit liability determination** | | | | 18,840.60 | 0.00 <br><br> 18,840.60 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet __2__ of __2__ continuation sheets attached to | | Subtotal | 0.00 |
| Schedule of Creditors Holding Unsecured Priority Claims | | (Total of this page) | 18,840.60    18,840.60 |
| | | Total | 93,382.75 |
| | | (Report on Summary of Schedules) | 136,656.25    43,273.50 |

B6F (Official Form 6F) (12/07)

In re   **Patriot Steel Inc.** _____ ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  **Patriot Steel Inc.**<br><br>**Action Temporary Services, Inc.**<br>**PO Box 15398**<br>**Evansville, IN 47716-0398** | | - | | **11/4/09 forward**<br>**Labor fees** | | | | 3,931.61 |
| Account No.  **Patriot Steel Inc.**<br><br>**ADT Security Services**<br>**PO Box 371956**<br>**Pittsburgh, PA 15250-7956** | | - | | **5/8/10 forward**<br>**Security service fees** | | | | 477.78 |
| Account No.  **Patriot Steel Inc.**<br><br>**Aflac Attn Remit Proc Services**<br>**1932 Wynnton Road**<br>**Columbus, GA 31999-0797** | | - | | **7/1/10**<br>**Premiums and fees** | | | | 1,740.80 |
| Account No.  **Patriot Steel Inc.**<br><br>**Allied Crawford (Nashville) Inc.**<br>**3719 Amy Lynn Drive**<br>**Nashville, TN 37218** | | - | | **12/17/09 forward**<br>**Trade Creditor** | | | | 100,282.05 |

|  | Subtotal (Total of this page) | 106,432.24 |
|---|---|---|

__17__  continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   **Patriot Steel Inc.**                                          ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Patriot Steel Inc.**<br><br>**Alro Steel Corporation**<br>**24876 Network Place**<br>**Chicago, IL 60673-1248** | - | | **2/4/10**<br>**Trade Creditor** | | | | 462.80 |
| Account No. **Patriot Steel Inc.**<br><br>**American Corrugated Products**<br>**4700 Alkire Road**<br>**Columbus, OH 43228** | - | | **5/25/10**<br>**Trade Creditor** | | | | 818.90 |
| Account No. **Patriot Steel Inc.**<br><br>**American Express**<br>**PO Box 650448**<br>**Dallas, TX 75265-0448** | - | | **5/14/10 forward**<br>**Credit card charges** | | | | 201,972.56 |
| Account No. **Patriot Steel Inc.**<br><br>**Ameristeel**<br>**4281 Solutions Center**<br>**Chicago, IL 60677-4002** | - | | **9/8/09 forward**<br>**Trade Creditor** | | | | 886,346.56 |
| Account No. **Patriot Steel Inc.**<br><br>**Anthem BCBS IN Group**<br>**PO Box 105113**<br>**Atlanta, GA 30348-5113** | - | | **6/1/10 forward**<br>**Trade Creditor** | | | | 20,624.70 |

Sheet no. __1__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,110,225.52

B6F (Official Form 6F) (12/07) - Cont.

In re    **Patriot Steel Inc.**                                        ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Patriot Steel Inc.**<br><br>**Atlas Tube**<br>**PO Box 673318**<br>**Detroit, MI 48267-3318** | | - | | **3/8/10 forward**<br>**Trade Creditor** | | | | **167,985.25** |
| Account No. **Patriot Steel Inc.**<br><br>**Bamberger, Foreman**<br>**PO Box 657 7th Floor Hulman Bldg**<br>**Evansville, IN 47704** | | - | | **1/13/10 forward**<br>**Trade Creditor** | | | | **2,152.20** |
| Account No. **Patriot Steel Inc.**<br><br>**Brown-Campbell Company**<br>**11800 Investment Drive**<br>**Shelby Township, MI 48315** | | - | | **5/6/10 forward**<br>**Trade Creditor** | | | | **9,828.68** |
| Account No. **Patriot Steel Inc.**<br><br>**Capital One Bank (USA)**<br>**PO Box 6492**<br>**Carol Stream, IL 60197-6492** | | - | | **5/18/10**<br>**Credit card charge and fees** | | | | **276.21** |
| Account No. **Patriot Steel Inc.**<br><br>**Cargill Steel Service Centers**<br>**720 Main Street**<br>**Kansas City, MO 64105** | | - | | **6/2/10 forward**<br>**Trade Creditor** | | | | **2,362.50** |

Sheet no. __2__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**182,604.84**

B6F (Official Form 6F) (12/07) - Cont.

In re　**Patriot Steel Inc.**　　　　　　　　　　　　　　　　　,　　Case No. _____
　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Patriot Steel Inc.**<br><br>**Carquest Auto Parts**<br>**PO Box 503601**<br>**Saint Louis, MO 63150-3601** | - | | | **6/2/10 forward**<br>**Repair parts and supplies** | | | | 507.13 |
| Account No. **Patriot Steel Inc.**<br><br>**Center Steel Sales, Inc.**<br>**c/o Euler Hermes**<br>**600 S. 7th Street**<br>**Louisville, KY 40201-1672** | - | | | **10/16/09 forward**<br>**Trade Creditor** | | | | 99,379.29 |
| Account No. **Patriot Steel Inc.**<br><br>**Chapel Steel**<br>**PO Box 951928**<br>**Dallas, TX 75395-1928** | - | | | **6/3/10**<br>**Trade Creditor** | | | | 19,941.54 |
| Account No. **Patriot Steel Loan**<br><br>**Chrystal Jones**<br>**4801 Royal Oak Dr.**<br>**Evansville, IN 47720** | - | | | **July 1st 2008**<br>**Loan made to Debtor from Proceeds from loan received from Integra Bank N.A.** | | | | 341,015.16 |
| Account No. **Patriot Steel Inc.**<br><br>**Cincinnati Insurance Companies**<br>**PO Box 5713**<br>**Evansville, IN 47716-5713** | - | | | **5/17/10**<br>**Trade Creditor** | | | | 2,424.12 |

Sheet no. __3___ of __17___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　463,267.24

B6F (Official Form 6F) (12/07) - Cont.

In re  **Patriot Steel Inc.**                                                                    ,        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Patriot Steel Inc.** <br><br>**Cintas**<br>**7233 Enterprise Park Dr.**<br>**Evansville, IN 47715** | | - | **5/11/10 forward**<br>**Uniforms and towels** | | | | 2,401.72 |
| Account No. **Patriot Steel Inc.** <br><br>**Ciralsky & Associates**<br>**1604 Prosperity Road**<br>**Toledo, OH 43612** | | - | **1/11/10**<br>**Trade Creditor** | | | | 3,239.82 |
| Account No. **Patriot Steel Inc.** <br><br>**Citi Cards**<br>**Processing Center**<br>**Des Moines, IA 50363-3000** | | - | **1/11/10 forward**<br>**Credit card charges on Mastercard** | | | | 13,533.87 |
| Account No. **Patriot Steel Inc.** <br><br>**Citibusiness Card- Visa**<br>**PO Box 688901**<br>**Des Moines, IA 50368-8901** | | - | **1/11/10 forward**<br>**Credit card charges on Visa** | | | | 41,101.24 |
| Account No. **Patriot Steel Inc.** <br><br>**CMC Steel**<br>**Dept 1054 PO Box 121054**<br>**Dallas, TX 75312-1054** | | - | **2/19/10 forward**<br>**Trade Creditor** | | | | 168,379.62 |

Sheet no. __4___ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        228,656.27

B6F (Official Form 6F) (12/07) - Cont.

In re   **Patriot Steel Inc.** ,                             Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Patriot Steel Inc.**<br><br>**Courier & Press**<br>**300 E. Walnut Street**<br>**Evansville, IN 47702** | - | | **6/3/10**<br>**Trade Creditor** | | | | 199.48 |
| Account No. **Patriot Steel Inc.**<br><br>**Deaconess Emergency Physicians**<br>**PO Box 1230**<br>**Evansville, IN 47706-1230** | - | | **6/2/10**<br>**Medical services** | | | | 137.20 |
| Account No. **Patriot Steel Inc.**<br><br>**Deitz, Shields And Freeburger, LLP**<br>**PO Box 21**<br>**Henderson, KY 42419** | - | | **7/8/10**<br>**Professional fees** | | | | 200.00 |
| Account No. **Patriot Steel Inc.**<br><br>**Earl Jorgensen Steel Co.**<br>**PO Box 8538-622**<br>**Philadelphia, PA 19171-0622** | - | | **5/1/10 forward**<br>**Trade Creditor** | | | | 2,326.61 |
| Account No. **Patriot Steel Inc.**<br><br>**EBN Const & Indust Supplies**<br>**1701 East Columbia Street**<br>**Evansville, IN 47711** | - | | **5/7/10 forward**<br>**Trade Creditor** | | | | 1,588.69 |

Sheet no. __5__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     4,451.98

B6F (Official Form 6F) (12/07) - Cont.

In re   **Patriot Steel Inc.**                                          ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Patriot Steel Inc.** <br><br> **EEMSCO** <br> **PO Box 4717** <br> **Evansville, IN 47724** | | - | | **5/27/10 forward** <br> **Trade Creditor** | | | | 8,211.21 |
| Account No. **Patriot Steel Inc.** <br><br> **Enmark Systems, Inc.** <br> **75 Aprill Drive** <br> **Ann Arbor, MI 48103** | | - | | **5/1/10 forward** <br> **Trade Creditor** | | | | 2,592.00 |
| Account No. **Patriot Steel Inc.** <br><br> **Evansville Waterworks Dept** <br> **1 N.W. ML King Jr. Blvd Room 104** <br> **Evansville, IN 47740-0001** | | - | | **6/22/10 forward** <br> **Water and sewer services** | | | | 365.20 |
| Account No. **Patriot Steel Inc.** <br><br> **Evansville Welding Supply, LLC** <br> **7330 Enterprise Park Circle** <br> **Evansville, IN 47715** | | - | | **5/18/10 forward** <br> **Trade Creditor** | | | | 3,410.43 |
| Account No. **Patriot Steel Inc.** <br><br> **EXL Tube** <br> **PO Box 803902** <br> **Kansas City, MO 64180** | | - | | **10/29/10** <br> **Trade Creditor** | | | | 6,540.07 |

Sheet no. __6__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **21,118.91**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Patriot Steel Inc.** _____ ,    Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Patriot Steel Inc.**<br><br>**Fisher & Ludlow**<br>**PO Box 822814**<br>**Philadelphia, PA 19182-2814** | - | | | 3/10/10 forward<br>**Trade Creditor** | | | | **17,038.94** |
| Account No. **Patriot Steel**<br><br>**Flatiron Capital**<br>**Department 2195**<br>**Denver, CO 80271-2195** | - | | | 6/4/10 forward<br>**Trade Creditor** | | | | **27,857.96** |
| Account No. **Patriot Steel Inc.**<br><br>**Frederick Steel**<br>**Loc 0245**<br>**Cincinnati, OH 45264-0245** | - | | | 2/11/10 forward<br>**Trade Creditor** | | | | **7,062.81** |
| Account No. **Patriot Steel**<br><br>**Grainger**<br>**Department 86132148**<br>**Palatine, IL 60038-0001** | - | | | 7/9/10<br>**Trade Creditor** | | | | **251.03** |
| Account No. **Patriot Steel Inc.**<br><br>**Harpring Steel**<br>**109 Industrial Way**<br>**Charlestown, IN 47111** | - | | | 5/21/10 forward<br>**Trade Creditor** | | | | **850.00** |

Sheet no. __7__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**53,060.74**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Patriot Steel Inc.**                                                    ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. **Patriot Steel Inc.** <br><br> **Health Resources, Inc.** <br> **PO Box 58** <br> **Evansville, IN 47701-0058** | | - | **6/17/10** <br> **Trade Creditor** | | | | 1,024.76 |
| Account No. **Patriot Steel Inc.** <br><br> **Heartland Steel, Inc.** <br> **PO Box 130** <br> **Washington Court House, OH 43160** | | - | **11/12/09 forward** <br> **Trade Creditor** | | | | 40,376.85 |
| Account No. **Patriot Steel Inc.** <br><br> **Home Depot Credit Services** <br> **PO Box 6029** <br> **The Lakes, NV 88901-6029** | | - | **8/1/10** <br> **Supplies** | | | | 67.91 |
| Account No. **Patriot Steel Inc.** <br><br> **Hutch & Son Industrial Elec.** <br> **300 N. Main Street** <br> **Evansville, IN 47711** | | - | **5/19/10** <br> **Services** | | | | 40.17 |
| Account No. **Patriot Steel Inc.** <br><br> **Investment Concepts, LLC** <br> **4801 Royal Oak Dr.** <br> **Evansville, IN 47720** | | - | **1/01/09 forward** <br> **Past due rent on commercial real property** | | | | 469,317.41 |

| | | |
|---|---|---|
| Sheet no. __8__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 510,827.10 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Patriot Steel Inc.**                                                                    ,      Case No. _____
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Patriot Steel Loan** <br><br> **Jack D. Cook** <br> **4801 Royal Oak Dr.** <br> **Evansville, IN 47720** | | - | | **July 1st 2008 forward** <br> **Loan made to Debtor by Jack D. Cook from proceeds of loan received by Integra Bank N.A.** | | | | 351,607.50 |
| Account No. **Patriot Steel Inc.** <br><br> **Lang Company** <br> **540 South 13th Street** <br> **Louisville, KY 40203-1796** | | - | | **5/19/10** <br> **Trade Creditor** | | | | 143.80 |
| Account No. **Patriot Steel Inc.** <br><br> **Leeco Steel Products** <br> **75 Remittance Drive, Suite 2829** <br> **Chicago, IL 60675-2829** | | - | | **11/11/09 forward** <br> **Trade Creditor** | | | | 29,000.00 |
| Account No. **Patriot Steel Inc.** <br><br> **Linde, Inc.** <br> **88718 Expedite Way** <br> **Chicago, IL 60695-1700** | | - | | **5/1/10 forward** <br> **Trade Creditor** | | | | 2,554.49 |
| Account No. **Patriot Steel Inc.** <br><br> **Lowe's Business Account** <br> **PO Box 530970** <br> **Atlanta, GA 30353-0970** | | - | | **7/12/10** <br> **Supplies** | | | | 324.58 |

Sheet no. __9__ of __17__ sheets attached to Schedule of                                    Subtotal                      383,630.37
Creditors Holding Unsecured Nonpriority Claims                                            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Patriot Steel Inc.**
                                                            ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Patriot Steel Inc.**<br><br>**Mark F. Warzecha, Attorney**<br>**525 Sycamore Street**<br>**Evansville, IN 47708** | - | | 6/1/10<br>Collection services | | | | 242.00 |
| Account No. **Patriot Steel Inc.**<br><br>**Mountain Valley of Evansville**<br>**1315 Read Street Unit A**<br>**Evansville, IN 47710** | - | | 5/1/10 forward<br>Trade Creditor | | | | 117.20 |
| Account No. **Patriot Steel Inc.**<br><br>**National Registered Agents, Inc.**<br>**PO Box 927**<br>**West Windsor, NJ 08550-0927** | - | | 4/15/10<br>Trade Creditor | | | | 900.00 |
| Account No. **Patriot Steel Inc.**<br><br>**Nucor Steel Services/Depot**<br>**PO Box 840697**<br>**Dallas, TX 75284-0697** | - | | 11/19/09 forward<br>Trade Creditor | | | | 54,028.00 |
| Account No. **Patriot Steel Inc.**<br><br>**Nucor-Berkeley**<br>**PO Box 751412**<br>**Charlotte, NC 28275-1412** | - | | 1/8/10 forward<br>Trade Creditor | | | | 37,263.11 |

Sheet no. __10__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

92,550.31

B6F (Official Form 6F) (12/07) - Cont.

In re    **Patriot Steel Inc.**                                          ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Patriot Steel Inc.** <br><br> **Nucor-Yamato Steel Co.** <br> **PO Box 101418** <br> **Atlanta, GA 30392** | | - | 1/11/10 forward <br> **Trade Creditor** | | | | 244,863.72 |
| Account No. **Patriot Steel Inc.** <br><br> **Office Max Incorporated** <br> **PO Box 101705** <br> **Atlanta, GA 30392-1705** | | - | 6/3/10 <br> **Supplies** | | | | 780.82 |
| Account No. **Patriot Steel Inc.** <br><br> **Ohio Steel Sheet & Plate** <br> **PO Box 72086** <br> **Cleveland, OH 44192** | | - | 10/1/10 <br> **Trade Creditor** | | | | 60,827.79 |
| Account No. **Patriot Steel Inc.** <br><br> **Paragon TPA Group, Inc.** <br> **13070 Prarie Baptist** <br> **Fishers, IN 46037** | | - | 4/23/10 forward <br> **Trade Creditor** | | | | 2,170.00 |
| Account No. **Patriot Steel Inc.** <br><br> **Patriot Classic Cars** <br> **3340 Claremont Ave.** <br> **Evansville, IN 47712** | | - | 7/1/10 <br> **Loan** | | | | 93,000.00 |

Sheet no. __11__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

401,642.33

B6F (Official Form 6F) (12/07) - Cont.

In re **Patriot Steel Inc.** , Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Patriot Steel Inc.**<br><br>**Patriot Steel Trucking LLC**<br>**3350 Claremont Ave.**<br>**Evansville, IN 47712** | - | | **4/9/10 forward**<br>**Transportation charges** | | | | **175,529.75** |
| Account No. **Patriot Steel Inc.**<br><br>**Phoenix Metals**<br>**PO Box 932589**<br>**Atlanta, GA 31193-2589** | - | | **5/1/10 forward**<br>**Trade Creditor** | | | | **993.88** |
| Account No. **Patriot Steel Inc.**<br><br>**Pinnacle Computer Services, Inc.**<br>**640 South Hebron Avenue**<br>**Evansville, IN 47714** | - | | **12/8/09 forward**<br>**Trade Creditor** | | | | **5,338.00** |
| Account No. **Patriot Steel Inc.**<br><br>**Pitney Bowes Credit Corporation**<br>**PO Box 856460**<br>**Louisville, KY 40285-6460** | - | | **6/4/10 forward**<br>**Trade Creditor** | | | | **435.60** |
| Account No. **Patriot Steel**<br><br>**Pittsburg Tank & Tower**<br>**P.O.Box 36**<br>**Henderson, KY 42420** | - | | **5/25/10**<br>**Trade Creditor** | | | | **21,308.36** |

Sheet no. __12__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**203,605.59**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Patriot Steel Inc.**                                                    ,          Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Patriot Steel Inc.**<br><br>**Powers Welding**<br>**PO Box 6975**<br>**Evansville, IN 47719** | - | | | **6/11/10**<br>**Trade Creditor** | | | | 330.00 |
| Account No. **Patriot Steel Inc.**<br><br>**Primary Steel/Namasco**<br>**c/o Bank of America**<br>**99809 Collection Center Drive**<br>**Chicago, IL 60693** | - | | | **12/17/09 forward**<br>**Trade Creditor** | | | | 79,582.77 |
| Account No. **Patriot Steel Inc.**<br><br>**Saginaw Pipe Company, Inc.**<br>**PO Box 2153 Dept 3316**<br>**Birmingham, AL 35287** | - | | | **6/17/10 forward**<br>**Trade Creditor** | | | | 4,276.74 |
| Account No. **Patriot Steel Inc.**<br><br>**Samuel Strapping Systems**<br>**PO Box 673042**<br>**Detroit, MI 48267-3042** | - | | | **6/7/10**<br>**Trade Creditor** | | | | 2,083.60 |
| Account No. **Patriot Steel Inc.**<br><br>**Satcom Global Fze**<br>**1347 N. Alma School Rd, Suite 150**<br>**Chandler, AZ 85224-2958** | - | | | **6/13/10 fprward**<br>**Trade Creditor** | | | | 91.60 |

Sheet no. __13__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                86,364.71

B6F (Official Form 6F) (12/07) - Cont.

In re   **Patriot Steel Inc.**_____,   Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Patriot Steel Inc.** <br><br>**Schneider Heating and Air** <br>**201 W. Franklin Street** <br>**Evansville, IN 47710** | - | | **6/16/10** <br>**Repair charges** | | | | 223.92 |
| Account No. **Patriot Steel Inc.** <br><br>**Schultheis Insurance Agency** <br>**PO Box 2728** <br>**Evansville, IN 47728** | - | | **1/15/10 forward** <br>**Insurance premiums** | | | | 70,780.00 |
| Account No. **Patriot Steel Inc.** <br><br>**Sigecom/Wow** <br>**PO Box 630742** <br>**Cincinnati, OH 45263-0742** | - | | **7/1/10 forward** <br>**Telephone and internet services** | | | | 1,190.60 |
| Account No. **Patriot Steel Inc.** <br><br>**Signatek Corporation** <br>**1445 Kemper Meadow Dr.** <br>**Cincinnati, OH 45240-1637** | - | | **11/19/09** <br>**Trade Creditor** | | | | 2,856.00 |
| Account No. **Patriot Steel Inc.** <br><br>**Southland Tube, Inc.** <br>**PO Box 1205** <br>**Birmingham, AL 35201-1205** | - | | **2/2/10 forward** <br>**Trade Creditor** | | | | 80,821.69 |

Sheet no. __14__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

155,872.21

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Patriot Steel Inc.**                                                    ,        Case No. _____

                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Patriot Steel Inc.** <br><br> **SSAB--IPSCO Steel Inc.** <br> **Lock Box 99358** <br> **Chicago, IL 60693** | - | | 12/23/09 <br> **Trade Creditor** | | | | 11,500.00 |
| Account No. **Patriot Steel Inc.** <br><br> **Steel Dynamics #000316** <br> **36260 Treasury Center** <br> **Chicago, IL 60694** | - | | 10/15/09 forward <br> **Trade Creditor** | | | | 73,826.62 |
| Account No. **Patriot Steel Inc.** <br><br> **Sterling Boiler** <br> **PO Box 8004** <br> **Evansville, IN 47716-8004** | - | | 5/8/10 forward <br> **Trade Creditor** | | | | 1,262.94 |
| Account No. **Patriot Steel Inc.** <br><br> **Superior Supply & Steel** <br> **PO Box 972291** <br> **Dallas, TX 75397-2291** | - | | 9/16/09 forward <br> **Trade Creditor** | | | | 95,588.53 |
| Account No. **Patriot Steel Inc.** <br><br> **Swat Pest Management** <br> **2501 N. Cullen** <br> **Evansville, IN 47715** | - | | 6/24/10 <br> **Extermination services** | | | | 70.00 |

Sheet no. __15__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              182,248.09

B6F (Official Form 6F) (12/07) - Cont.

In re  **Patriot Steel Inc.** _____,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Patriot Steel Inc.**<br><br>**Tri-State Bearing Company**<br>**2108 N. Fares Ave.**<br>**Evansville, IN 47711** | - | | 5/3/10<br>**Trade Creditor** | | | | 86.39 |
| Account No. **Patriot Steel Inc.**<br><br>**TSF Company**<br>**2930 S. St Phillips Road**<br>**Evansville, IN 47712** | - | | 6/1/10 forward<br>**Trade Creditor** | | | | 180.00 |
| Account No. **Patriot Steel Inc.**<br><br>**Tubular Steel**<br>**PO Box 52**<br>**Saint Louis, MO 63150-0052** | - | | 4/27/10 forward<br>**Trade Creditor** | | | | 12,073.33 |
| Account No. **Patriot Steel Inc.**<br><br>**UPS**<br>**Lockbox 577**<br>**Carol Stream, IL 60132-0577** | - | | 6/19/10 forward<br>**Shipping fees** | | | | 477.42 |
| Account No. **Patriot Steel Inc.**<br><br>**Vanguard Alarm Service**<br>**816 Maxwell Ave.**<br>**Evansville, IN 47711** | - | | 6/4/10<br>**Fees** | | | | 319.39 |

| | |
|---|---|
| Sheet no. **16** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)   13,136.53 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Patriot Steel Inc.**                                    , Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Patriot Steel Inc.**<br><br>**Vectren<br>PO Box 6250<br>Indianapolis, IN 46206-6250** | - | | **7/22/10 forward<br>Utility services** | | | | 3,580.86 |
| Account No. **Patriot Steel Inc.**<br><br>**Veolia Environmental Services<br>PO Box 6484<br>Carol Stream, IL 60197-6484** | - | | **5/25/10<br>Trash disposal fees** | | | | 941.39 |
| Account No. **Patriot Steel Inc.**<br><br>**Victory Steel<br>PO Box 4370<br>Saint Louis, MO 63123** | - | | **6/3/10<br>Trade Creditor** | | | | 1,398.00 |
| Account No. **Patriot Steel Inc.**<br><br>**West Memphis Steel<br>PO Box 697<br>West Memphis, AR 72301** | - | | **2/19/10<br>Trade Creditor** | | | | 74,347.94 |
| Account No. **Patriot Steel Inc.**<br><br>**Zamzow Manufacturing Company<br>3201 North Broadway<br>Saint Louis, MO 63147** | - | | **6/28/10<br>Trade Creditor** | | | | 60.13 |

Sheet no. __17__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | 80,328.32 |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 4,280,023.30 |

B6G (Official Form 6G) (12/07)

.

In re    **Patriot Steel Inc.**                                              ,    Case No. _____
                                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Hogan Motor Leasing Inc.**<br>**1000 N. 14th St.**<br>**Saint Louis, MO 63106** | **Lease byPatriot Steel Inc., (and/or Patriot Steel Trucking) with Hogan Motor Leasing Inc., with a term from 5-16-2005 through the present. Rent is use dependent.** |
| **Investment Concepts, LLC**<br>**4801 Royal Oak Dr.**<br>**Evansville, IN 47720** | **Lease by Patriot Steel Trucking LLC, with Investment Concepts, LLC to rent the 3350 Claremount Ave. Courtyard. Term of lease is from 1-1-2007 theough 12-31-2022. Rent is $5000 per month.** |
| **Investment Concepts, LLC**<br>**4801 Royal Oak Dr.**<br>**Evansville, IN 47720** | **Lease by Patriot Steel Inc., with Investment Concepts, with a term from 1-1-2007 through 12-31-2022 with rent of $6,625 for 705 Schrader Drive.** |
| **Investment Concepts, LLC**<br>**4801 Royal Oak Dr.**<br>**Evansville, IN 47720** | **Lease by Patriot Steel Inc. with Investment Concepts LLC, with a term from 9-1-2007 through 8-31-2012 at rent of $7,500 per month for 701 Schrader Drive** |
| **Investment Concepts, LLC**<br>**4801 Royal Oak Dr.**<br>**Evansville, IN 47720** | **Lease by Patriot Steel Inc, with Investment Concerpts LLC, for 3350 Claremont Avenue, for a terms from 1-1-2007 through 12-31-2022 @ rent of $25,000 per month.** |
| **Rentco Rentals, LLC**<br>**2807 Sable Mill Lane**<br>**Jeffersonville, IN 47130** | **Lease by Patriot Steel Trucking LLC, with Rentco Rentals, LLC, with a term from 11-28-2007 through the present. Rent is calculated per unit used.** |

**0**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Patriot Steel Inc.**
_____,    Case No. _____
                          Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re  **Patriot Steel Inc.**                                          Case No.
                                        Debtor(s)          Chapter      **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**31**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **August 17, 2010**                        Signature    **/s/ Jack D. Cook**
                                                   **Jack D. Cook**
                                                   **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of Indiana

In re    **Patriot Steel Inc.**                                           Case No.
                                            Debtor(s)           Chapter        **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$5,009,731.97** | **2010 YTD: Debtor Business Income** |
| **$20,461,552.00** | **2009: Debtor Business Income** |
| **$50,197,049.00** | **2008: Debtor Business Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                      SOURCE

### 3. Payments to creditors

None ■  *Complete a. or b., as appropriate, and c.*

    a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐    b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Steel Dynamics #000316**<br>**36260 Treasury Center**<br>**Chicago, IL 60694** | **5-18-2010** | **$18,296.36** | **$73,826.62** |
| **Steel Dynamics #000316**<br>**36260 Treasury Center**<br>**Chicago, IL 60694** | **5-27-2010** | **$16,631.01** | **$0.00** |
| **Atlas Tube**<br>**PO Box 673318**<br>**Detroit, MI 48267-3318** | **6-01-2010** | **$23,238.00** | **$167,985.25** |
| **Steel Dynamics #000316**<br>**36260 Treasury Center**<br>**Chicago, IL 60694** | **6/29/2010** | **$18,088.57** | **$0.00** |
| **Saginaw Pipe Company, Inc.**<br>**PO Box 2153 Dept 3316**<br>**Birmingham, AL 35287** | **6-30-2010** | **$22,695.06** | **$4,276.74** |
| **Steel Dynamics #000316**<br>**36260 Treasury Center**<br>**Chicago, IL 60694** | **7-01-2010** | **$17,723.61** | **$0.00** |
| **Steel Dynamics #000316**<br>**36260 Treasury Center**<br>**Chicago, IL 60694** | **5-26-2010** | **$17,891.78** | **$0.00** |
| **Patriot Steel Trucking**<br>**3350 Claremont Ave.**<br>**Evansville, IN 47712** | **5-18-2010** | **$7,000.00** | **$0.00** |
| **Flatiron Capital**<br>**Department 2195**<br>**Denver, CO 80271-2195** | **5-19-2010** | **$14,948.17** | **$27,857.96** |
| **Allied Crawford (Nashville) Inc.**<br>**3719 Amy Lynn Drive**<br>**Nashville, TN 37218** | **5-19-2010** | **$24,015.72** | **$100,282.05** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Ameristeel 4281 Solutions Center Chicago, IL 60677-4002 | 5-19-2010 | $19,950.00 | $886,346.56 |
| Patriot Steel Trucking 3350 Claremont Ave. Evansville, IN 47712 | 5-20-2010 | $10,300.00 | $175,529.75 |
| Patriot Steel Trucking 3350 Claremont Ave. Evansville, IN 47712 | 5-28-2010 | $11,500.00 | $0.00 |
| American Express PO Box 650448 Dallas, TX 75265-0448 | 5-28-2010 | $51,792.12 | $201,972.56 |
| Allied Crawford (Nashville) Inc. 3719 Amy Lynn Drive Nashville, TN 37218 | 5-28-2010 | $17,598.50 | $0.00 |
| Chapel Steel PO Box 951928 Dallas, TX 75395-1928 | 6-01-2010 | $20,773.22 | $19,741.54 |
| Anthem BCBS IN Group PO Box 105113 Atlanta, GA 30348-5113 | 6-03-2010 | $11,220.08 | $20,624.70 |
| Heartland Steel, Inc. PO Box 130 Washington Court House, OH 43160 | 6-03-2010 | $17,138.96 | $40,376.85 |
| Patriot Steel Trucking 3350 Claremont Ave. Evansville, IN 47712 | 6-07-2010 | $8,000.00 | $0.00 |
| Allied Crawford (Nashville) Inc. 3719 Amy Lynn Drive Nashville, TN 37218 | 6-08-2010 | $14,955.62 | $0.00 |
| Patriot Steel Trucking 3350 Claremont Ave. Evansville, IN 47712 | 6-15-2010 | $7,500.00 | $0.00 |
| Flatiron Capital Department 2195 Denver, CO 80271-2195 | 6-17-2010 | $14,268.71 | $0.00 |
| Patriot Steel Trucking 3350 Claremont Ave. Evansville, IN 47712 | 6-23-2010 | $8,400.00 | $0.00 |
| Flatiron Capital Department 2195 Denver, CO 80271-2195 | 7-19-2010 | $5,949.26 | $0.00 |
| Anthem BCBS IN Group PO Box 105113 Atlanta, GA 30348-5113 | 8-8-201 | $11,860.99 | $0.00 |

None   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of
☐   creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

4

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Jack D. Cook**<br>**4801 Royal Oak Dr.**<br>**Evansville, IN 47720**<br>  **51% shareholder, Officer, Director** | **Wages from August 2009 through November 8th 2009.** | **$46,153.80** | **$447,761.25** |
| **Chrystal Jones**<br>**4801 Royal Oak Dr.**<br>**Evansville, IN 47720**<br>  **49% Shareholder, Officer, Director** | **Wages for August 2009 through November 8th 2009.** | **$9,923.04** | **$361,694.16** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Caldwell Temporary Employment Services, Inc., Plaintiff vs. Patriot Steel, Inc., Defendant, Vanderburgh Superior Court, 87D03-1006-CC-3376** | **Suite on account for services rendered** | **Vanderburgh Superior Court, Division #3, Evansville, Vanderburgh County, Indiana** | **Pending, and on automatic extension of time to file answer Through August 18th 2010** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

5

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ☐   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Mountain Music Cloggers**<br>**60 James Baldwin Drive**<br>**Martinsville, IN 46151** | **Customer** | **2-25-10** | **$100.00** |

**8. Losses**

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Morrie Doll & Associates LLC**<br>**P.O. Box 730**<br>**Newburgh, IN 47629-0730** | **#1, July 23, 2010, paid by Jack D. Cook**<br>**#2, August 13, 2010 paid by Jack D.**<br>**Cook** | **#1, $7,500**<br>**#2, $10,000** |

**10. Other transfers**

None ■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Fifth Third Bank**<br>**5050 Kingsley Dr**<br>**Cincinnati, OH 45263** | **Checking Acocunty # 769234557** | **$0.00 on 8-10-2010** |

**12.  Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None ☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |
| **Integra Bank N.A.**<br>**Attn: Kevin Canterbury**<br>**P.O. Box 868**<br>**Evansville, IN 47705-0868** | **August 16, 2010** | **$2,500** |

**14.  Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16.  Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Patriot Steel Trucking** | **xxxxx** | **3350 Claremont Ave. Evansville, IN 47712** | **Transportation of Steel solely for Patriot Steel Inc.** | **7-15-2004, through current date** |

8

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                   ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                       DATES SERVICES RENDERED
**Ray Weil**                                           **From 2004 through June 2010.**
**409 Gunpowder Ln.**
**Evansville, IN 47711**

**Sam Stone**                                          **August 9th 2010 through the present**
**3350 Claremount Avenue**
**Evansville, IN 47712**

**Terry Frandsen**                                     **June 2010 through August 2010**
**Muncie Indiana**

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                           DATES SERVICES RENDERED
**U.S. Bank National Association**    **Location CN-WN-14SC**            **As scheduled in the lending facility.**
                              **425 Walnut Street**
                              **Cincinnati, OH 45202**

**John Friend & Company P.C.**        **2916 E. Morgan Avenue**          **Various dates prepared financial**
                              **Evansville, IN 47711**           **documents on behalf of the Debtor**

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                  ADDRESS
**John Friend & Company P.C.**                        **2916 E. Morgan Avenue**
                                                      **Evansville, IN 47711**

**Patriot Steel Inc.**                                **3350 Claremont Ave.**
                                                      **Evansville, IN 47712**

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                      DATE ISSUED
**U.S. Bank National Association**                    **unknown**
**Location CN-WN-14SC**
**425 Walnut Street**
**Cincinnati, OH 45202**

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Integra Bank N.A.** | **unknown** |
| **ttn: Kevin Canterbury** | |
| **P.O. Box 868** | |
| **Evansville, IN 47705-0868** | |
| **Unknown** | **Various trade creditors who established sales terms with Debtor may have requested and received financial statements within the past 2 years. The exact creditors who received such statements are unknown at this time.** |

---

### 20. Inventories

None  ☐  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **August 6, 2010** | **Jack D. Cook by his employees from computer records.** | **Liquidation value price of $.20 per ton, $535,000** |
| **July 2, 2010** | **Jack D. Cook by his employees from computer records** | **Liquidation Value price of $.20 per ton, $599,852** |

None  ☐  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **August 6, 2010** | **Patriot Steel Inc.** |
| | **3350 Claremont Ave.** |
| | **Evansville, IN 47712** |
| **July 2, 2010** | **Patriot Steel Inc.** |
| | **3350 Claremont Ave.** |
| | **Evansville, IN 47712** |

---

### 21 . Current Partners, Officers, Directors and Shareholders

None  ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None  ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Jack D. Cook** | **President** | **Common Stock 51%** |
| **4801 Royal Oak Dr.** | | |
| **Evansville, IN 47720** | | |
| **Chrystal Jones** | **Secretary, Treasurer** | **Common Stock 49%** |
| **4801 Royal Oak Dr.** | | |
| **Evansville, IN 47720** | | |

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Jack D. Cook**<br>**4801 Royal Oak Dr.**<br>**Evansville, IN 47720**<br>    **Office, Shareholder, Director** | **prior to 11-08-2009, weekly wages. but not since:** | **3,846.15** |
| **Chrystal Jones**<br>**4801 Royal Oak Dr.**<br>**Evansville, IN 47720**<br>  **Officer, Shareholder and Director** | **Prior to 11-08-2009, weekly wages, but not since:** | **$826.92** |

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

**25. Pension Funds.**

None
☐    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|
| **Debtor matched contributions to employee's IRA previously. Debtor had a 401-K retirement through Integra Bank, handled by John Hancock Co at one time.** | **unknown** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date  **August 17, 2010**                    Signature   **/s/ Jack D. Cook**
                                                          **Jack D. Cook**
                                                          **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Southern District of Indiana

In re  **Patriot Steel Inc.**                                                    Case No.
                                          Debtor(s)          Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **35,000.00** |
| Prior to the filing of this statement I have received | $ **17,500.00** |
| Balance Due | $ **17,500.00** |

2. $  **1,039.00**  of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor   ■ Other (specify):   **Jack D. Cook**

4. The source of compensation to be paid to me is:

   ☐ Debtor   ■ Other (specify):   **Jack D. Cook**

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **August 17, 2010**                    **/s/ Maurice Doll IN**
                                               **Maurice Doll IN #4554-42**
                                               **Morrie Doll & Associates LLC**
                                               **P.O. Box 703**
                                               **Newburgh, IN 47629-0703**
                                               **812.858.5200  Fax: 812.858.5204**
                                               **morriedoll@hotmail.com**

---

# United States Bankruptcy Court
## Southern District of Indiana

In re    **Patriot Steel Inc.**

_____,    Case No. _____

Debtor

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Chrystal Jones**<br>**4801 Royal Oak Dr.**<br>**Evansville, IN 47720** | **Common** | **49%** | **owner** |
| **Jack D. Cook**<br>**4801 Royal Oak Dr.**<br>**Evansville, IN 47720** | **Common** | **51%** | **Owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**August 17, 2010**_____    Signature__**/s/ Jack D. Cook**_____

**Jack D. Cook**
**President**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

___**0**___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Patriot Steel Inc.**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August 17, 2010**

**/s/ Jack D. Cook**

**Jack D. Cook/President**
Signer/Title

ACTION TEMPORARY SERVICES, INC.
PO BOX 15398
EVANSVILLE, IN 47716-0398


ADT SECURITY SERVICES
PO BOX 371956
PITTSBURGH, PA 15250-7956


AFLAC ATTN REMIT PROC SERVICES
1932 WYNNTON ROAD
COLUMBUS, GA 31999-0797


ALLIED CRAWFORD (NASHVILLE) INC.
3719 AMY LYNN DRIVE
NASHVILLE, TN 37218


ALRO STEEL CORPORATION
24876 NETWORK PLACE
CHICAGO, IL 60673-1248


AMERICAN CORRUGATED PRODUCTS
4700 ALKIRE ROAD
COLUMBUS, OH 43228


AMERICAN EXPRESS
PO BOX 650448
DALLAS, TX 75265-0448

AMERISTEEL
4281 SOLUTIONS CENTER
CHICAGO, IL 60677-4002


ANTHEM BCBS IN GROUP
PO BOX 105113
ATLANTA, GA 30348-5113


ATLAS TUBE
PO BOX 673318
DETROIT, MI 48267-3318


BAMBERGER, FOREMAN
PO BOX 657 7TH FLOOR HULMAN BLDG
EVANSVILLE, IN 47704


BROWN-CAMPBELL COMPANY
11800 INVESTMENT DRIVE
SHELBY TOWNSHIP, MI 48315


CAPITAL ONE BANK (USA)
PO BOX 6492
CAROL STREAM, IL 60197-6492


CARGILL STEEL SERVICE CENTERS
720 MAIN STREET
KANSAS CITY, MO 64105

CARQUEST AUTO PARTS
PO BOX 503601
SAINT LOUIS, MO 63150-3601

CENTER STEEL SALES, INC.
C/O EULER HERMES
600 S. 7TH STREET
LOUISVILLE, KY 40201-1672

CHAPEL STEEL
PO BOX 951928
DALLAS, TX 75395-1928

CHRYSTAL JONES
4801 ROYAL OAK DR.
EVANSVILLE, IN 47720

CINCINNATI INSURANCE COMPANIES
PO BOX 5713
EVANSVILLE, IN 47716-5713

CINTAS
7233 ENTERPRISE PARK DR.
EVANSVILLE, IN 47715

CIRALSKY & ASSOCIATES
1604 PROSPERITY ROAD
TOLEDO, OH 43612

CITI CARDS
PROCESSING CENTER
DES MOINES, IA 50363-3000


CITIBUSINESS CARD- VISA
PO BOX 688901
DES MOINES, IA 50368-8901


CMC STEEL
DEPT 1054 PO BOX 121054
DALLAS, TX 75312-1054


COURIER & PRESS
300 E. WALNUT STREET
EVANSVILLE, IN 47702


DEACONESS EMERGENCY PHYSICIANS
PO BOX 1230
EVANSVILLE, IN 47706-1230


DEITZ, SHIELDS AND FREEBURGER, LLP
PO BOX 21
HENDERSON, KY 42419


EARL JORGENSEN STEEL CO.
PO BOX 8538-622
PHILADELPHIA, PA 19171-0622

EBN CONST & INDUST SUPPLIES
1701 EAST COLUMBIA STREET
EVANSVILLE, IN 47711


EEMSCO
PO BOX 4717
EVANSVILLE, IN 47724


ENMARK SYSTEMS, INC.
75 APRILL DRIVE
ANN ARBOR, MI 48103


EVANSVILLE WATERWORKS DEPT
1 N.W. ML KING JR. BLVD ROOM 104
EVANSVILLE, IN 47740-0001


EVANSVILLE WELDING SUPPLY, LLC
7330 ENTERPRISE PARK CIRCLE
EVANSVILLE, IN 47715


EXL TUBE
PO BOX 803902
KANSAS CITY, MO 64180


FISHER & LUDLOW
PO BOX 822814
PHILADELPHIA, PA 19182-2814

FLATIRON CAPITAL
DEPARTMENT 2195
DENVER, CO 80271-2195


FREDERICK STEEL
LOC 0245
CINCINNATI, OH 45264-0245


GRAINGER
DEPARTMENT 86132148
PALATINE, IL 60038-0001


HARPRING STEEL
109 INDUSTRIAL WAY
CHARLESTOWN, IN 47111


HEALTH RESOURCES, INC.
PO BOX 58
EVANSVILLE, IN 47701-0058


HEARTLAND STEEL, INC.
PO BOX 130
WASHINGTON COURT HOUSE, OH 43160


HOGAN MOTOR LEASING INC.
1000 N. 14TH ST.
SAINT LOUIS, MO 63106

HOME DEPOT CREDIT SERVICES
PO BOX 6029
THE LAKES, NV 88901-6029


HUTCH & SON INDUSTRIAL ELEC.
300 N. MAIN STREET
EVANSVILLE, IN 47711


INDIANA DEPT OF REVENUE
PO BOX 7220
INDIANAPOLIS, IN 46207-7220


INTEGRA BANK N.A.
ATTN: KEVIN CANTERBURY
P.O. BOX 868
EVANSVILLE, IN 47705-0868


INVESTMENT CONCEPTS, LLC
4801 ROYAL OAK DR.
EVANSVILLE, IN 47720


JACK D. COOK
4801 ROYAL OAK DR.
EVANSVILLE, IN 47720


LANG COMPANY
540 SOUTH 13TH STREET
LOUISVILLE, KY 40203-1796

LEECO STEEL PRODUCTS
75 REMITTANCE DRIVE, SUITE 2829
CHICAGO, IL 60675-2829


LINDE, INC.
88718 EXPEDITE WAY
CHICAGO, IL 60695-1700


LOWE'S BUSINESS ACCOUNT
PO BOX 530970
ATLANTA, GA 30353-0970


MARK F. WARZECHA, ATTORNEY
525 SYCAMORE STREET
EVANSVILLE, IN 47708


MOUNTAIN VALLEY OF EVANSVILLE
1315 READ STREET UNIT A
EVANSVILLE, IN 47710


NATIONAL REGISTERED AGENTS, INC.
PO BOX 927
WEST WINDSOR, NJ 08550-0927


NUCOR STEEL SERVICES/DEPOT
PO BOX 840697
DALLAS, TX 75284-0697

NUCOR-BERKELEY
PO BOX 751412
CHARLOTTE, NC 28275-1412

NUCOR-YAMATO STEEL CO.
PO BOX 101418
ATLANTA, GA 30392

OFFICE MAX INCORPORATED
PO BOX 101705
ATLANTA, GA 30392-1705

OHIO STEEL SHEET & PLATE
PO BOX 72086
CLEVELAND, OH 44192

PARAGON TPA GROUP, INC.
13070 PRARIE BAPTIST
FISHERS, IN 46037

PATRIOT CLASSIC CARS
3340 CLAREMONT AVE.
EVANSVILLE, IN 47712

PATRIOT STEEL TRUCKING LLC
3350 CLAREMONT AVE.
EVANSVILLE, IN 47712

PHOENIX METALS
PO BOX 932589
ATLANTA, GA 31193-2589

PINNACLE COMPUTER SERVICES, INC.
640 SOUTH HEBRON AVENUE
EVANSVILLE, IN 47714

PITNEY BOWES CREDIT CORPORATION
PO BOX 856460
LOUISVILLE, KY 40285-6460

PITTSBURG TANK & TOWER
P.O.BOX 36
HENDERSON, KY 42420

POWERS WELDING
PO BOX 6975
EVANSVILLE, IN 47719

PRIMARY STEEL/NAMASCO
C/O BANK OF AMERICA
99809 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

RANDALL D. LATOUR
VORYS, SATER, SEYMOUR AND PEASE LLP
52 EAST GAY STREET
COLUMBUS, OH 43216-1008

RAY WEIL
409 GUNPOWDER LN
EVANSVILLE, IN 47711


RENTCO RENTALS, LLC
2807 SABLE MILL LANE
JEFFERSONVILLE, IN 47130


SAGINAW PIPE COMPANY, INC.
PO BOX 2153 DEPT 3316
BIRMINGHAM, AL 35287


SAMUEL STRAPPING SYSTEMS
PO BOX 673042
DETROIT, MI 48267-3042


SATCOM GLOBAL FZE
1347 N. ALMA SCHOOL RD, SUITE 150
CHANDLER, AZ 85224-2958


SCHNEIDER HEATING AND AIR
201 W. FRANKLIN STREET
EVANSVILLE, IN 47710


SCHULTHEIS INSURANCE AGENCY
PO BOX 2728
EVANSVILLE, IN 47728

SCOTT M TYLER
MOORE & VANALLEN
SUITE 4700, 100 N. TRYON ST.
CHARLOTTE, NC 28202-4003


SIGECOM/WOW
PO BOX 630742
CINCINNATI, OH 45263-0742


SIGNATEK CORPORATION
1445 KEMPER MEADOW DR.
CINCINNATI, OH 45240-1637


SOUTHLAND TUBE, INC.
PO BOX 1205
BIRMINGHAM, AL 35201-1205


SSAB--IPSCO STEEL INC.
LOCK BOX 99358
CHICAGO, IL 60693


STEEL DYNAMICS #000316
36260 TREASURY CENTER
CHICAGO, IL 60694


STERLING BOILER
PO BOX 8004
EVANSVILLE, IN 47716-8004

SUPERIOR SUPPLY & STEEL
PO BOX 972291
DALLAS, TX 75397-2291

SWAT PEST MANAGEMENT
2501 N. CULLEN
EVANSVILLE, IN 47715

TRI-STATE BEARING COMPANY
2108 N. FARES AVE.
EVANSVILLE, IN 47711

TSF COMPANY
2930 S. ST PHILLIPS ROAD
EVANSVILLE, IN 47712

TUBULAR STEEL
PO BOX 52
SAINT LOUIS, MO 63150-0052

U.S. BANK NATIONAL ASSOCIATION
LOCATION CN-WN-14SC
425 WALNUT STREET
CINCINNATI, OH 45202

UPS
LOCKBOX 577
CAROL STREAM, IL 60132-0577

VANGUARD ALARM SERVICE
816 MAXWELL AVE.
EVANSVILLE, IN 47711


VECTREN
PO BOX 6250
INDIANAPOLIS, IN 46206-6250


VEOLIA ENVIRONMENTAL SERVICES
PO BOX 6484
CAROL STREAM, IL 60197-6484


VICTORY STEEL
PO BOX 4370
SAINT LOUIS, MO 63123


WEST MEMPHIS STEEL
PO BOX 697
WEST MEMPHIS, AR 72301


ZAMZOW MANUFACTURING COMPANY
3201 NORTH BROADWAY
SAINT LOUIS, MO 63147

# United States Bankruptcy Court
## Southern District of Indiana

In re    **Patriot Steel Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Patriot Steel Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Chrystal Jones**
**4801 Royal Oak Dr.**
**Evansville, IN 47720**

**Jack D. Cook**
**4801 Royal Oak Dr.**
**Evansville, IN 47720**

☐ None [*Check if applicable*]

**August 17, 2010**

Date

**/s/ Maurice Doll IN**

**Maurice Doll IN #4554-42**

Signature of Attorney or Litigant
Counsel for   **Patriot Steel Inc.**

**Morrie Doll & Associates LLC**
**P.O. Box 703**
**Newburgh, IN 47629-0703**
**812.858.5200 Fax:812.858.5204**
**morriedoll@hotmail.com**